UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL LOUIS BLANK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SACRAMENTO COUNTY SHERIFF, et al.,<br><br>　　　　　Defendants. | No. 2:17-cv-00300 TLN GGH<br><br><br>FINDINGS AND RECOMMENDATIONS |

Plaintiff, acting in propria persona, filed his complaint under 42 U.S.C. § 1983 on February 13, 2017. ECF No. 1. On February 23, 2017 the Magistrate Judge issued and Order dismissing the complaint without prejudice, i.e., dismissed with leave to amend, and providing instructions regarding the necessary content for any amended complaint plaintiff might file. ECF No. 3. In that Order the Magistrate Judge cautioned plaintiff that a failure to so file within twenty-one (21) days might result in a recommendation that his complaint be dismissed with prejudice.

Plaintiff has not filed an amended complaint. The mailed copy of the foregoing order was returned to the court as undeliverable on March 7, 2017. Pursuant to Eastern District of California Local Rule 183(b), a person appearing in propria persona has a duty to keep the Court advised of his current address within sixty-three (63) days of any change. Further, the Rule

1

| | |
|---|---|
| 1 | provides that failure to comply permits the Court to dismiss the action without prejudice for |
| 2 | failure to prosecute if mail sent to the provided address is returned to the Clerk by the U.S. Postal |
| 3 | Service, as has occurred here. |
| 4 | IT IS THEREFORE RECOMMENDED THAT: |
| 5 | 1. Plaintiff's action be dismissed with prejudice for failure to prosecute; |
| 6 | 2. Judgment be entered against Plaintiff. |
| 7 | These findings and recommendations are submitted to the United States District |
| 8 | Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1). Within fourteen |
| 9 | days after being served with these findings and recommendations, Plaintiff may file written |
| 10 | objections with the court. Such a document should be captioned "Objections to Magistrate |
| 11 | Judge's Amended Findings and Recommendations." Plaintiff is warned that failure to file |
| 12 | objections within the specified time may waive his right to appeal the District Court's order. |
| 13 | <u>Turner v. Duncan</u>, 158 F.3d 449, 455 (9th Cir.1998); <u>Martinez v. Ylst</u>, 951 F.2d 1153, 1156-57 |
| 14 | (9th Cir. 1991). |
| 15 | Dated: May 26, 2017 |
| 16 | /s/ Gregory G. Hollows |
| 17 | UNITED STATES MAGISTRATE JUDGE |